# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Chad Lee Monson,                                     Case No. 25-cv-1665 (KMM/DJF)

        Plaintiff,

v.                                                                    **ORDER**

Renville County Jail and Ned Wohlman,

        Defendants.

This matter is before the Court on Plaintiff's *Notice of Motion and Motion* (ECF No. 29) ("Motion"). Plaintiff's Motion seeks the Court's leave to amend the Complaint. (*Id.*) The District of Minnesota's Local Rule 7.1(b) states: "Before filing a nondispositive motion, a party must contact the magistrate judge's courtroom deputy to schedule a hearing." The Rule also requires the moving party to file a "notice of hearing" simultaneously with the motion. Local Rule 15(b) states: "Any motion to amend a pleading must be accompanied by: (1) a copy of the proposed amended pleading; and (2) a version of the proposed amended pleading that shows – through redlining, underlining, strikeouts, or other similarly effective typographic methods – how the proposed amended pleading differs from the operative pleading." Plaintiff has failed to satisfy any of these requirements. For this reason, the Motion is **DENIED WITHOUT PREJUDICE**.

If Plaintiff wishes to refile his Motion, he must: (1.) comply with the Local Rules; (2.) comply with the undersigned's practice pointers; and (3.) again meet and confer with defense counsel after providing counsel a copy of the proposed amended complaint along with a redlined version for purposes of discussion.

        **IT IS SO ORDERED**.

Dated: February 3, 2026                    *s/ Dulce J. Foster*
                                           Dulce J. Foster
                                           United States Magistrate Judge